550 A.2d 1319

**Regina A. KOTCHIN, Administratrix of the Estate of Charlotte Plummer, Deceased, Appellant,**

v.

**Donald T. SIMPKINS, Individually, and S & B Restaurant, Inc., A Pennsylvania Corporation, Operating as Woodlands, An Inn.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1988.

Decided Dec. 15, 1988.

John H. Kennedy, Kingston, Robert A. Gonos, Wilkes Barre, for appellant.

Patrick E. Dougherty, Joseph J. Heston, Kingston, for S & B Restaurant.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:
Order affirmed.

LARSEN, J., dissents.